AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

COMMUNITY DRUGSTORE, LLC
an Arizona Limited Liability Company,
                     Plaintiff

**SUMMONS IN A CIVIL CASE**

v.

CARDINAL HEALTH 110, INC., formerly
known as WHITMIRE DISTRIBUTION
CORPORATION, a Delaware Corporation,
                     Defendant

CASE NUMBER:  0 7 - 8 2 4

TO: (Name and address of Defendant)

CARDINAL HEALTH 110, INC., formerly known as WHITMIRE DISTRIBUTION
CORPORATION, a Delaware Corporation

    c/o Corporation Service Company
    2711 Centerville Road, Suite 400
    Wilmington, DE  19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sean Bellew, Esquire
COZEN O'CONNOR
Chase Manhattan Centre
1201 North Market Street
Suite 1400
Wilmington, DE  19801

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK _[signature]_

(By) DEPUTY CLERK

DATE  12/17/07

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>12/18/07 |
| NAME OF SERVER (PPJNT)<br>BARRY EVELAND | TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  SERVED: CARDINAL HEALTH 110, INC. C/O CORPORATION SERVICE CO 2711 CENTERVILLE RD. WILMINGTON, DE   COPIES THEREOF WERE ACCEPTED BY MARY DRUMMOND

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/18/07
             Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.