UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMMUNITY DRUGSTORE, LLC, an Arizona Limited Liability Company )<br><br>Plaintiff, )<br><br>v. )<br><br>CARDINAL HEALTH 110, INC., formerly known as WHITMIRE DISTRIBUTION CORPORATION, a Delaware Corporation )<br><br>Defendant. ) | CIVIL ACTION NO. 07-824-UNA<br><br>JURY TRIAL DEMANDED |

### ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Benesch, Friedlander, Coplan & Aronoff LLP and Baker Hostetler hereby enters their appearance as counsel to Cardinal Health 110, Inc. (the "Defendant") in the above-captioned case and hereby requests that copies of all notices and pleadings given or filed in this case be given and served upon the following:

| | |
|---|---|
| Thomas L. Long, Esquire<br>Rodger L. Eckelberry, Esquire<br>Baker Hostetler<br>Capitol Square, Suite 2100<br>65 East State Street<br>Columbus, OH 43215<br>tlong@bakerlaw.com<br>reckelberry@bakerlaw.com | Raymond H. Lemisch, Esquire<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>222 Delaware Ave., Suite 801<br>Wilmington, DE 19801<br>rlemisch@bfca.com |

Dated: December 20, 2007

BENESCH FRIEDLANDER COPLAN & ARONOFF, LLP

/s/ Raymond H. Lemisch
Raymond H. Lemisch, Esq. (No. 4204)
222 Delaware Ave., Suite 801
Wilmington, DE 19801
302/442-7010 (telephone)
302/442-7012 (facsimile)
rlemisch@bfca.com

Counsel to the Defendant

1491302_1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COMMUNITY DRUGSTORE, LLC, an Arizona Limited Liability Company | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 07-824-UNA |
| CARDINAL HEALTH 110, INC., formerly known as WHITMIRE DISTRIBUTION CORPORATION, a Delaware Corporation | ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |

## CERTIFICATION OF SERVICE

I, RAYMOND H. LEMISCH, ESQUIRE, hereby certify that on December 20, 2007, I caused to be served a true and correct copy of the foregoing document via Hand Delivery upon David A. Felice, Esquire of Cozen O'Connor at Chase Manhattan Centre, 1201 North Market Street, Suite 1400, Wilmington, Delaware 19801.

Dated: December 20, 2007

BENESCH FRIEDLANDER COPLAN & ARONOFF, LLP

/s/ Raymond H. Lemisch
Raymond H. Lemisch, Esq. (No. 4204)
222 Delaware Ave., Suite 801
Wilmington, DE 19801
302/442-7010 (telephone)
302/442-7012 (facsimile)
rlemisch@bfca.com

Counsel to the Defendant

1491310_1