UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMMUNITY DRUGSTORE, LLC, an Arizona Limited Liability Company </br></br>Plaintiff,</br></br>v.</br></br>CARDINAL HEALTH 110, INC., formerly known as WHITMIRE DISTRIBUTION CORPORATION, a Delaware Corporation</br></br>Defendant. | CIVIL ACTION NO. 07-824-UNA</br></br>JURY TRIAL DEMANDED |

### MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

I, Raymond H. Lemisch, Esquire, move for the admissions *pro hac vice*, pursuant to Local Rule 83.5, of Rodger L. Eckelberry, Esquire and Thomas L. Long, Esquire of Baker & Hostetler LLP, Capitol Square, Suite 2100, 65 East State Street, Columbus, Ohio 43215 to represent Cardinal Health 110, Inc. (the "Defendant") in the above-captioned case.

Dated: December 20, 2007

BENESCH FRIEDLANDER COPLAN & ARONOFF, LLP

/s/ Raymond H. Lemisch
Raymond H. Lemisch, Esq. (No. 4204)
222 Delaware Ave., Suite 801
Wilmington, DE 19801
302/442-7010 (telephone)
302/442-7012 (facsimile)
rlemisch@bfca.com

Counsel to the Defendant

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Ohio as well as the United States District Court, Southern District of Ohio and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which may occur in the preparation or course of this action. I also certify that I am generally familiar with this

Court's Local Rules and with standing Order for the District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

        Baker & Hostetler LLP

        */s/ Rodger L. Eckelberry*
        Rodger L. Eckelberry (Ohio Bar No. 0071207)
        Capitol Square, Suite 2100
        65 East State Street
        Columbus, OH 43215
        614/462-5189
        reckelberry@bakerlaw.com

        Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Ohio, United States District Court for the Eastern District of Michigan and the Northern and Southern Districts of Ohio and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for the District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

        Baker & Hostetler LLP

        */s/ Thomas L. Long*
        Thomas L. Long (Ohio Bar No. 0023127)
        Capitol Square, Suite 2100
        65 East State Street
        Columbus, OH 43215
        614/462-2626
        tlong@bakerlaw.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED, counsel's motion for admissions *pro hac vice* is granted.

Dated: _____

        _____
        United States District Court Judge