IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Community Drugstore, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>Cardinal Health 110, Inc.,<br><br>    Defendant. | CIVIL ACTION NO. 07-824-UNA. |

## PERMANENT INJUNCTION

  This matter first came on for hearing on Tuesday, December 18, 2007 on Plaintiff, Community Drugstore, LLC's request for Temporary Restraining Order. At that hearing Defendant Cardinal Health, 110, Inc. indicated it was completing its customer review process with an independent consultant's inspection of Plaintiff later on December 18, 2007. As a result the Court continued the hearing until December 20, 2007.

  On December 20, 2007, the hearing on Plaintiff's Motion for Temporary Restraining Order was reconvened. During the December 20, 2007 hearing, Defendant's counsel indicated Defendant had completed its review of Plaintiff and, based on its review, was not willing to voluntarily restore Plaintiff as a customer.

Following the presentation by Plaintiff and Defendant the Court indicated it would enter an order restoring Plaintiff as a customer of Defendant under the pre-existing agreement between Plaintiff and Defendant, but asked the parties to prepare an order for the Court, which serves to ensure the proper supply of prescription drug products to Plaintiff in the future.

The Court hereby orders:

(1) Cardinal Health is to restore Community Drugstore LLC as a customer under the preexisting agreement between Cardinal Health and Community Drugstore;

(2) Community Drugstore shall, at its option, continue its relationship with Cardinal Health under the preexisting agreement or shall seek to obtain a different supply source other than Cardinal Health to meet its requirements;

(3) In the event that Community Drugstore elects to seek a different supplier, Cardinal Health will excuse Community Drugstore from its obligation to purchase 95% of its requirements from Cardinal Health, and Cardinal Health will continue to supply Community Drugstore in accordance with the agreement during the transition period to the new supplier;

(4) As a customer of Cardinal Health, Community Drugstore will complete and comply with Cardinal Health's Customer compliance Representations Warranty form, a copy of which has been provided by Cardinal Health to Community Drugstore on December 21, 2007; and

(5) This Court shall have continuing jurisdiction to enforce this order.

(6) This matter is hereby dismissed.

_____
JUDGE



FILED
DEC 2 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE